[No. 9338–7–III.   Division Three.   April 10, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS CAMPOS–SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 88–1–50313–4, Dennis D. Yule, J.,

entered May 31, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.